DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 43,790

Attorneys for Plaintiff
NATIONAL SATELLITE SPORTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL SATELLITE SPORTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARIO ROCHA dba Pizza Arizpe, <br><br> Defendants. | CASE NO. C-99-13328-GAF (AJWx) <br><br> [PROPOSED] RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant MARIO ROCHA dba PIZZA ARIZPE, the Default entered on 6/29/00 be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | |
|---|---|
| a. Total judgment | $4,245.50 |
| b. Costs after judgment | $ -0- |
| c. Attorneys fees: | $ -0- |
| d. Subtotal (*add a and b*) | $4,245.50 |
| e. Credits after judgment | $ -0- |
| f. Subtotal (*subtract d from c*) | $4,245.50 |

///

///

|   |   |
|---|---|
| g. Interest after judgment | $1,061.38 |
| h. Fee for filing renewal application | $   -0- |
| I. **Total renewed judgment** *(add e, 5. and g)* | $5,306.88 |

DATED: _January 5, 2009_            CLERK, by _/s/ Buff auill_
                                    Deputy

F:\USERS\DJCNEW\ROCHA.renewal

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV 99-13328-GAF (AJWx)

2

## PROOF OF SERVICE

MARIO ROCHA dba PIZZA ARIZPE
411 S. Azusa Avenue
La Puente, CA 91744

MARIO ROCHA dba PIZZA ARIZPE
14648 Long View Drive
Fontana, CA 92337

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

APPLICATION AND DECLARATION FOR RENEWAL OF JUDGMENT

RENEWAL OF DEFAULT JUDGMENT

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2008.

/s/ Karene Jen
Karene Jen